**Julius MINTZ and Louis Goldberg, Copartners Trading as J. Mintz & Co., Plaintiffs in Error, v. UNITED STATES, Defendant in Error.**

Circuit Court of Appeals, Second Circuit.
February 4, 1929.

No. 67.

Archibald Palmer, of New York City (Chauncey Hanan Levy, of New York City, of counsel), for plaintiffs in error.

Charles H. Tuttle, U. S. Atty., of New York City (Herman Forster, Asst. U. S. Atty., of New York City; of counsel), for the United States.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Judgment affirmed; mandate to issue forthwith.